IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GEORGE PRESLEY,                                *

              Plaintiff,              *

v.                                     Case No.  5:25-cv-00227-MTT-ALS

                                *

GEORGIA DEPARTMENT OF
CORRECTIONS,                          *

              Defendant.           *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 5/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of May, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk